UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
CIVIL STANDARD MINUTES

Date **July 16, 2024**

**Hunter Dragon**
Vs.
**SCA Pharmaceuticals, LLC**

Start Time **10:01am**   End Time **10:58am**

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) **57** minute(s)

Case # **3:23-cv-188-RNC**

Honorable Judge **Robert N. Chatigny**

Deputy Clerk _____

Counsel for Pla(s) **Rebecca Houlding**

Counsel for Dft(s) **Kevin J. Greene**

Reporter/ECRO/Courtsmart **Alicia Cayode Kyles**

Interpreter _____ Language _____

Hearing held  ☐ in person  ☐ by video  ☑ by telephone

**HEARING AND TIME**

- ■ Motion/Oral Argument
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: _____

**MOTIONS**

■ Motion **to Compel Arbitration** filed by ☐ Pla ■ Dft ☐ granted ■ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

**Defendant's motion is denied consistent with the comments made during the teleconference.**

Rev. 3/21/24