# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HUNTER DRAGON,** | 03:23-cv-188 (RNC) |
| Plaintiff, | |
| v. | |
| **SCA PHARMACEUTICALS, LLC.** | March 5, 2025 |
| Defendant. | |

## MOTION TO WITHDRAW
## APPEARANCE OF COUNSEL FOR PLAINTIFF, HUNTER DRAGON

Pursuant to Local Rule 7(E), Plaintiff Hunter Dragon, by counsel, hereby moves for leave to allow Rebecca J. Houlding to withdraw her appearance as counsel for Plaintiff in this matter. Friedman & Houlding LLP has dissolved. Rebecca Houlding has opened her own practice, Houlding Law PC, and Plaintiff Dragon will continue to be represented by Giselle Schuetz, Esq., of Employment Law Firm PC.

WHEREFORE, Plaintiff, by counsel, respectfully requests that the Court grant leave to allow Rebecca Houlding to withdraw her appearance as counsel for Plaintiff in this matter and direct the Clerk to remove Ms. Houlding from the Court's Electronic Notification System as counsel of record.

Dated: March 5, 2025

    Respectfully Submitted,

  By: *Rebecca Houlding*
      Rebecca Houlding, Esq. (ct31416)
      Houlding Law PC
      431 Classon Ave
      Brooklyn, NY 11238
      Tel (646) 561-9119

Fax (800) 345-4784
rebecca@houldinglaw.com

## Certificate of Service

This is to certify that on this 5th day of March, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court' electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Rebecca Houlding*
Rebecca Houdling